**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS | Case No. 1:23-cv-9287-GHW-OTW |
| THIS DOCUMENT RELATES TO: *Core Capital* | |

**REPLY DECLARATION OF BRIAN CALANDRA IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND LEAD COUNSEL**

I, Brian Calandra, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm Pomerantz LLP, which represents Lead Plaintiff Core Capital Partners, Ltd. in this action. I am personally involved in the representation of Plaintiff and the putative class and submit this declaration in further support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representatives and Class Counsel. I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Reply Report of Sorin Sorescu, PhD, together with appendixes.

3. Attached hereto as Exhibit 2 is a true and correct copy of an article by Noele Illien entitled "Finma to Appeal Court Decision on Credit Suisse AT1s (1)," which was published on October 15, 2025 on Bloomberg Law.

4. Attached hereto as Exhibit 3 is a true and correct spreadsheet created in Microsoft Excel by Plaintiff's counsel showing U.S.-domiciled institutional investors holding Credit Suisse

bonds and the fluctuation of their holdings of AT1 Bonds during the Class Period. The institutional investors were identified using the domicile classification from the Smith Report Backup Materials.[1] The levels of bonds held were determined using Bloomberg's "HDS" function.[2]

5. Attached hereto as Exhibit 4 is a true and correct copy of an article entitled "Price on Zeroed Credit Suisse AT1s Rise After Court Ruling," which was published on October 14, 2025 on Swissinfo.ch, "the international online service of the Swiss Broadcasting Corporation (SBC), which, "[s]ince 1935," has "been providing independent, in-depth reporting on global issues and Switzerland's role in the world."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of October 2025, in New York, NY.

*/s/ Brian Calandra*
Brian Calandra

[1] *See* Smith Report Backup Materials, file "Paragraph 26.xlsx." Plaintiffs can file the backup materials on the docket if the Court so requests.

[2] Bloomberg's "HDS" function provides historical ownership for each AT1 Bond tranche. The tranches of each AT1 Bond were aggregated to determine the level of holdings per AT1 Bond.