# EXHIBIT 2

Capital Markets

Manage Newsletters

**Finma to Appeal Court Decision on Credit Suisse AT1s (1)**
Oct. 15, 2025, 7:42 AM EDT

---


## Summary by Bloomberg AI **AI Generated**

- Finma said it would appeal against a decision by the Federal Administrative Court to revoke the watchdog's 2023 order to wipe-out $20 billion of bonds issued by Credit Suisse.
- The court decision was in response to a complaint by around 3,000 investors who argued that the decree to write down 16.5 billion Swiss francs of the additional-tier 1 bonds was unlawful.
- The appeal process will likely stretch into 2026 and the bondholders would also have to secure a ruling from the administrative court that the decree must be reversed not just revoked.


Swiss financial regulator Finma said it would appeal against a decision by the Federal Administrative Court to revoke the watchdog's 2023 order to wipe-out $20 billion of bonds issued by Credit Suisse.

"The write-down was part of an overall package to stabilize Credit Suisse via a merger with UBS Group AG, for which extraordinary state support measures were necessary," Finma said in a statement on Wednesday.

Read More: Credit Suisse Bondholders Given Fresh Hope by Swiss Court Ruling

On Oct. 1 the Swiss Federal Administrative Court ruled on the first of around 360 proceedings, siding with the complainants' right to appeal and revoking the decree, according to a statement from the tribunal on Tuesday.

The complainants, some 3,000 investors, had argued that the March 2023 decree to write down 16.5 billion Swiss francs ($20.5 billion) of the additional-tier 1 bonds was unlawful and should be revoked, and the write-down be reversed.

The court decision casts doubt over one of the key pillars of the rescue of Credit Suisse by UBS, which was orchestrated by the Swiss government. Given that the court has yet to issue a decision on actually reversing the order to write-down the bonds and that an appeal could take years, the prospect of any compensation for bondholders remains unclear.

UBS shares fell on the news of the court decision on Tuesday, and were down 1.3% at 31.39 Swiss francs at 1:40 p.m. in Zurich on Wednesday.

The wipeout of AT1 bonds amid the rescue of Credit Suisse caused controversy, given that typically shareholders absorb losses before bond-holders. The government and regulator Finma contended at the time that investors should have known about the conditions contained in the bonds' fine-print.

UBS is currently in the process of integrating Credit Suisse, and is engaged in an intense lobbying battle with the Swiss government over higher capital requirements which officials have proposed as a result of the merger.

**Revoked not reversed**

The administrative court's decision has sparked hope with investors and also triggered a rally in the price of claims tied to the AT1s. Still that enthusiasm should tempered with the reality of how long the legal process will take, and whether any payout is ultimately likely.

Once the Supreme Court receives Finma's challenge, the court's judges can begin to review both the regulator's arguments alongside the administrative tribunal's decision in depth. That process will likely stretch into 2026.

Then, even if the Supreme Court sides with the test case decision, the Swiss courts will have to establish to what degree that trial dossier is a proxy for the thousands of other bondholders.

Finally, the bondholders would also have to secure a ruling from the administrative court that the decree must be reversed not just revoked, a decision which would also have to be upheld by the country's top court in the face of any challenge.

(Updates with legal path from the ninth paragraph. An earlier version of the story corrected the day of the week.)

To contact the reporter on this story:
**Noele Illien** in Zurich at nillien@bloomberg.net

To contact the editors responsible for this story:
**Tom Metcalf** at tmetcalf7@bloomberg.net

Jeff Black, Jeremy Hodges

© 2025 Bloomberg L.P. All rights reserved. Used with permission.

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved