# EXHIBIT 1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Bond | Entity | Domicile | As of | Holdings Increase (USD in 000s) |
| 2 | 2013 7.5% | Blackrock Inc | US | Nov 30, 2022 | 2,642 |
| 3 | 2013 7.5% | Dunham & Associates Investment Counsel Inc | US | Feb 28, 2023 | 2,475 |
| 4 | 2013 7.5% | FMR LLC | US | Dec 31, 2022 | 3,993 |
| 5 | 2013 7.5% | FMR LLC | US | Feb 28, 2023 | 1 |
| 6 | 2013 7.5% | Franklin Resources Inc | US | Nov 30, 2022 | 410 |
| 7 | 2013 7.5% | Franklin Resources Inc | US | Dec 31, 2022 | 13,090 |
| 8 | 2013 7.5% | Franklin Resources Inc | US | Feb 28, 2023 | 250 |
| 9 | 2013 7.5% | Hartford Insurance Group Inc/The | US | Jan 31, 2023 | 1,850 |
| 10 | 2013 7.5% | Hotchkis and Wiley Capital Management LLC | US | Feb 28, 2023 | 500 |
| 11 | 2013 7.5% | Invesco Ltd | US | Nov 30, 2022 | 1,250 |
| 12 | 2013 7.5% | Invesco Ltd | US | Dec 31, 2022 | 2,650 |
| 13 | 2013 7.5% | Logan Circle Partners LP | US | Mar 31, 2023 | 725 |
| 14 | 2013 7.5% | PineBridge Investments LP | US | Feb 28, 2023 | 10,000 |
| 15 | 2013 7.5% | TCW Group Inc/The | US | Feb 28, 2023 | 225 |
| 16 | 2013 7.5% | TCW Group Inc/The | US | Mar 31, 2023 | 1,100 |
| 17 | 2013 7.5% | Teachers Insurance & Annuity Association of America | US | Nov 30, 2022 | 400 |
| 18 | 2013 7.5% | Teachers Insurance & Annuity Association of America | US | Mar 31, 2023 | 11,448 |
| 19 | 2013 7.5% | Wellington Management Group LLP | US | Dec 31, 2022 | 560 |
| 20 | 2013 7.5% | Wellington Management Group LLP | US | Jan 31, 2023 | 1,325 |
| 21 | 2013 7.5% | WisdomTree Inc | US | Dec 31, 2022 | 1,300 |
| 22 | 2014 6.25% | AllianceBernstein Holding LP | US | Feb 28, 2023 | 2,340 |
| 23 | 2014 6.25% | Allspring Global Investments Holdings LLC | US | Dec 31, 2022 | 375 |
| 24 | 2014 6.25% | Bank of America Corp | US | Mar 31, 2023 | 2,000 |
| 25 | 2014 6.25% | Blackrock Inc | US | Nov 30, 2022 | 1,100 |
| 26 | 2014 6.25% | Blackrock Inc | US | Jan 31, 2023 | 687 |
| 27 | 2014 6.25% | First American Title Insurance Co | US | Dec 31, 2022 | 200 |
| 28 | 2014 6.25% | FMR LLC | US | Dec 31, 2022 | 84 |
| 29 | 2014 6.25% | Hartford Insurance Group Inc/The | US | Jan 31, 2023 | 1,725 |
| 30 | 2014 6.25% | Invesco Ltd | US | Nov 30, 2022 | 1,550 |
| 31 | 2014 6.25% | Invesco Ltd | US | Dec 31, 2022 | 2,850 |
| 32 | 2014 6.25% | Wellington Management Group LLP | US | Jan 31, 2023 | 800 |
| 33 | 2014 6.25% | WisdomTree Inc | US | Dec 31, 2022 | 1,460 |
| 34 | 2014 6.25% | WisdomTree Inc | US | Feb 28, 2023 | 540 |
| 35 | 2018 7.25% | AllianceBernstein Holding LP | US | Jan 31, 2023 | 5,800 |
| 36 | 2018 7.25% | Bank of New York Mellon Corp/The | US | Nov 30, 2022 | 8,507 |
| 37 | 2018 7.25% | Bank of New York Mellon Corp/The | US | Jan 31, 2023 | 320 |
| 38 | 2018 7.25% | Flaherty & Crumrine Inc | US | Nov 30, 2022 | 1,100 |
| 39 | 2018 7.25% | Invesco Ltd | US | Nov 30, 2022 | 950 |
| 40 | 2018 7.25% | Invesco Ltd | US | Dec 31, 2022 | 1,750 |
| 41 | 2018 7.25% | Teachers Insurance & Annuity Association of America | US | Nov 30, 2022 | 200 |
| 42 | 2018 7.25% | Wellington Management Group LLP | US | Jan 31, 2023 | 300 |
| 43 | 2018 7.25% | WisdomTree Inc | US | Dec 31, 2022 | 600 |
| 44 | 2018 7.5% | AllianceBernstein Holding LP | US | Feb 28, 2023 | 2,185 |
| 45 | 2018 7.5% | Bank of New York Mellon Corp/The | US | Jan 31, 2023 | 250 |
| 46 | 2018 7.5% | Flaherty & Crumrine Inc | US | Nov 30, 2022 | 800 |
| 47 | 2018 7.5% | Forestry Mutual Insurance Co | US | Dec 31, 2022 | 50 |
| 48 | 2018 7.5% | Franklin Resources Inc | US | Dec 31, 2022 | 750 |
| 49 | 2018 7.5% | Invesco Ltd | US | Dec 31, 2022 | 2,330 |
| 50 | 2018 7.5% | Invesco Ltd | US | Jan 31, 2023 | 5,050 |
| 51 | 2018 7.5% | Neuberger Berman Group LLC | US | Jan 31, 2023 | 6,000 |
| 52 | 2018 7.5% | Teachers Insurance & Annuity Association of America | US | Nov 30, 2022 | 35 |
| 53 | 2018 7.5% | Teachers Insurance & Annuity Association of America | US | Dec 31, 2022 | 16,435 |
| 54 | 2018 7.5% | WisdomTree Inc | US | Dec 31, 2022 | 600 |
| 55 | 2019 6.375% | Cohen & Steers Inc | US | Dec 31, 2022 | 14,800 |
| 56 | 2019 6.375% | Erie Family Life Insurance Co | US | Dec 31, 2022 | 1,500 |
| 57 | 2019 6.375% | Flaherty & Crumrine Inc | US | Nov 30, 2022 | 1,100 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Bond** | **Entity** | **Domicile** | **As of** | **Holdings Increase (USD in 000s)** |
| 58 | 2019 6.375% | Franklin Resources Inc | US | Dec 31, 2022 | 2,000 |
| 59 | 2019 6.375% | Invesco Ltd | US | Nov 30, 2022 | 1,050 |
| 60 | 2019 6.375% | Invesco Ltd | US | Dec 31, 2022 | 2,000 |
| 61 | 2019 6.375% | Wellington Management Group LLP | US | Jan 31, 2023 | 650 |
| 62 | 2019 6.375% | WisdomTree Inc | US | Nov 30, 2022 | 650 |
| 63 | 2019 6.375% | WisdomTree Inc | US | Dec 31, 2022 | 500 |
| 64 | 2019 6.375% | WisdomTree Inc | US | Feb 28, 2023 | 450 |
| 65 | 2020 4.5% | Capital Group Cos Inc/The | US | Mar 31, 2023 | 7,000 |
| 66 | 2020 4.5% | Invesco Ltd | US | Nov 30, 2022 | 800 |
| 67 | 2020 4.5% | Invesco Ltd | US | Dec 31, 2022 | 1,850 |
| 68 | 2020 4.5% | Neuberger Berman Group LLC | US | Jan 31, 2023 | 5,500 |
| 69 | 2020 4.5% | WisdomTree Inc | US | Nov 30, 2022 | 2,000 |
| 70 | 2020 4.5% | WisdomTree Inc | US | Dec 31, 2022 | 800 |
| 71 | 2020 5.1% | Flaherty & Crumrine Inc | US | Nov 30, 2022 | 210 |
| 72 | 2020 5.1% | Invesco Ltd | US | Nov 30, 2022 | 650 |
| 73 | 2020 5.1% | Invesco Ltd | US | Dec 31, 2022 | 1,050 |
| 74 | 2020 5.25% | AllianceBernstein Holding LP | US | Jan 31, 2023 | 2,340 |
| 75 | 2020 5.25% | Bank of New York Mellon Corp/The | US | Nov 30, 2022 | 30,060 |
| 76 | 2020 5.25% | Cohen & Steers Inc | US | Dec 31, 2022 | 3,000 |
| 77 | 2020 5.25% | Invesco Ltd | US | Nov 30, 2022 | 1,875 |
| 78 | 2020 5.25% | Principal Financial Group Inc | US | Nov 30, 2022 | 11 |
| 79 | 2020 5.25% | Principal Financial Group Inc | US | Dec 31, 2022 | 22 |
| 80 | 2020 5.25% | Principal Financial Group Inc | US | Jan 31, 2023 | 66 |
| 81 | 2020 5.25% | Wellington Management Group LLP | US | Feb 28, 2023 | 525 |
| 82 | 2020 5.25% | WisdomTree Inc | US | Feb 28, 2023 | 299 |
| 83 | 2022 9.75% | Brighthouse Financial Inc | US | Dec 31, 2022 | 220 |
| 84 | 2022 9.75% | Brinker Capital LLC | US | Nov 30, 2022 | 800 |
| 85 | 2022 9.75% | Brinker Capital LLC | US | Mar 31, 2023 | 635 |
| 86 | 2022 9.75% | Eaton Vance Corp | US | Dec 31, 2022 | 2 |
| 87 | 2022 9.75% | Franklin Resources Inc | US | Nov 30, 2022 | 2,670 |
| 88 | 2022 9.75% | Franklin Resources Inc | US | Dec 31, 2022 | 13,310 |
| 89 | 2022 9.75% | Franklin Resources Inc | US | Jan 31, 2023 | 1,050 |
| 90 | 2022 9.75% | Franklin Resources Inc | US | Feb 28, 2023 | 1,430 |
| 91 | 2022 9.75% | Franklin Resources Inc | US | Mar 31, 2023 | 620 |
| 92 | 2022 9.75% | Grace Partners of DuPage LP | US | Dec 31, 2022 | 14,000 |
| 93 | 2022 9.75% | Grace Partners of DuPage LP | US | Jan 31, 2023 | 1,200 |
| 94 | 2022 9.75% | Interinsurance Exchange of The Automobile Club | US | Dec 31, 2022 | 670 |
| 95 | 2022 9.75% | Invesco Ltd | US | Nov 30, 2022 | 950 |
| 96 | 2022 9.75% | Invesco Ltd | US | Dec 31, 2022 | 1,850 |
| 97 | 2022 9.75% | JPMorgan Chase & Co | US | Nov 30, 2022 | 2,250 |
| 98 | 2022 9.75% | JPMorgan Chase & Co | US | Feb 28, 2023 | 3,500 |
| 99 | 2022 9.75% | Marsh & McLennan Cos Inc | US | Nov 30, 2022 | 1,720 |
| 100 | 2022 9.75% | MetLife Inc | US | Dec 31, 2022 | 4,290 |
| 101 | 2022 9.75% | Neuberger Berman Group LLC | US | Feb 28, 2023 | 3,599 |
| 102 | 2022 9.75% | PIMCO ETF TRUST | US | Jan 31, 2023 | 800 |
| 103 | 2022 9.75% | PineBridge Investments LP | US | Feb 28, 2023 | 7,000 |
| 104 | 2022 9.75% | Prudential Financial Inc | US | Dec 31, 2022 | 270 |
| 105 | 2022 9.75% | Teachers Insurance & Annuity Association of America | US | Nov 30, 2022 | 310 |
| 106 | 2022 9.75% | Teachers Insurance & Annuity Association of America | US | Jan 31, 2023 | 14,805 |
| 107 | 2022 9.75% | Teachers Insurance & Annuity Association of America | US | Mar 31, 2023 | 7,500 |
| 108 | 2022 9.75% | Vantagepoint Investment Advisers LLC | US | Nov 30, 2022 | 1,050 |
| 109 | 2022 9.75% | WisdomTree Inc | US | Feb 28, 2023 | 800 |