# EXHIBIT 4

The Swiss voice in the world since 1935



SWI swissinfo.ch    EN

GEOPOLITICS    DEMOCRACY    SCIENCE    SWISS IDENTITY    ECONOMY    SWISS ABROAD

# Prices on Zeroed Credit Suisse AT1s Rise After Court Ruling

October 14, 2025 - 18:16              ⏱ 2 minutes

(Bloomberg) — Prices on claims tied to Credit Suisse Additional Tier 1 bonds, which were wiped out in 2023, have risen rapidly after a Swiss court gave a partial win to investors seeking damages.

Dealers are willing to buy claims for around 30 cents on the dollar, according to three people who have seen the quotes. The last quoted prices before the court's announcement stood at about 12 cents, the people said. Credit Suisse's AT1s, the riskiest type of bank debt, were completely written off as part of a state-orchestrated takeover by Swiss rival UBS Group AG more than two years ago.



e AT1s are no longer treated as securities that UBS is responsible .or ever since their wipeout. Instead, investors trade claims on any potential payouts, typically divided between those holders who

have taken filed claims through the court and those who haven't. For those who haven't filed claims, the holder may risk forfeiting recovery. In trading, filed claims usually carry higher value and a clearer legal standing, while unfiled ones trade at a deeper discount given the added uncertainty.

Fresh quotes for the AT1 claims began circling after the Swiss Federal Administrative Court revoked a decree that made the writedown possible, and in a test case, sided with the complainants' right to appeal. The court said it has not yet decided on the reversal request and that the the other cases are now suspended until the decision regarding the revocation of the decree becomes final.

(Updates with latest quote in second paragraph, explanation of claims in third.)

©2025 Bloomberg L.P.

## Popular Stories

How Trump is manoeuvring Switzerland closer to the EU 

**HEALTHCARE INNOVATION**
How private equity oversees the ethics of drug research 

**GENEVA ORGANISATIONS**
The Davos set in decline: can the World Economic Forum save itself? 

**CLIMATE SOLUTIONS**
Indonesians vs Swiss company Holcim: 'We want to save our island' 

**AGRIBUSINESS**

US consumers will pay price for tariff hike, warns top Swiss trader







Imprint

Data Privacy Statement

Terms of Use

Rights to content and liability

Jobs

Play SWI

About us

Annual Report 2024

Newsletters

Follow us

Stay informed daily about news in Switzerland with our Briefing in the SWI plus app for the Swiss abroad.

SWI swissinfo.ch - a branch of Swiss Broadcasting Corporation SRG SSR

RTS

SRF

RSI

RTR

Podcasts

Contact