**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS | Case No. 1:23-cv-9287-GHW-OTW |
| THIS DOCUMENT RELATES TO:<br><br>*Core Capital* | |

**DECLARATION OF BRIAN CALANDRA IN SUPPORT OF LEAD PLAINTIFF CORE CAPITAL'S MOTION FOR MOTION FOR LEAVE TO AMEND**

I, Brian Calandra, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm Pomerantz LLP, which represents Lead Plaintiff Core Capital Partners, Ltd. ("Core Capital") in this action. I am personally involved in the representation of Plaintiff and the putative class and submit this declaration in further support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representatives and Class Counsel. I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of Core Capital's Proposed Amended Complaint ("PAC").

3. Attached hereto as Exhibit B is a true and correct copy of a redline comparison of Core Capital's operative complaint ("OC") with the PAC.

4. Attached hereto as Exhibit C is a true and correct chart of showing misstatements previously alleged and sustained in the OC.

5. Attached hereto as Exhibit D is a true and correct chart of showing previously alleged and sustained misstatements in *Diabat* that Core Capital seeks to add in the PAC.

6. Attached hereto as Exhibit E is a true and correct chart of statements that Core Capital seeks to include in the PAC that Diabat Seeks to Add in his motion to amend.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of June 2026, in New York, NY.

*/s/ Brian Calandra*
Brian Calandra