# Exhibit C

## Chart of Statements Previously Alleged and Sustained In the Operative *Core Capital* Complaint ("OC")

For each of the statements in this document, the Court has already found the allegation satisfies the pleading requirements of the PSLRA and Rule 9(b), including falsity, scienter, and loss causation. Lead Plaintiff Core Capital either seeks to maintain these statements or edit them as described below in its Proposed Amended Complaint ("PAC").

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC[1] | *Diabat* Order (ECF No. 109)<br><br>*Core Capital* Order (ECF No. 138 | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| 1 | Oct. 27, 2022/ 3Q22 Media Release/ Credit Suisse | LVI | AC: ¶¶239-40; PSAC: ¶¶96-97 | OC ¶65<br>PAC ¶123 | "***The third quarter, and more broadly 2022 so far, have been significantly impacted by the continued challenging market and macroeconomic conditions, leading to a weaker performance for our Investment Bank in particular.*** Our recent Group level performance has been disappointing for our stakeholders. From today, we are taking a series of decisive actions to re-focus Credit Suisse around the needs of our clients and stakeholders. ***Our new, integrated model will be focused on Wealth Management, the Swiss Bank, as well as Asset Management, and we will radically restructure the Investment Bank, strengthen capital, and accelerate our cost transformation. We believe these actions will lead Credit Suisse to a more stable performance and generate lasting value for our shareholders."*** | "Credit Suisse was aware that the SEC believed that there had been material changes to its ICFR because of the July 2022 comment letter and its response. However, because on or about October 20, Credit Suisse found out that the SEC was not satisfied with the response, a duty may have arisen to alert the market that there was a pending regulatory inquiry."<br><br>A reasonable investor's understanding of "repeated pronouncements" about Credit Suisse's "stable" or "strong" financial condition would be significantly altered if they knew the Company's ICFR was being significantly | None |

[1] All emphasis is added unless otherwise indicated.

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC[1] | *Diabat* Order (ECF No. 109)<br><br>*Core Capital* Order (ECF No. 138 | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | | questioned. *Diabat* Order at 241-42.<br><br>"[T]he motion to dismiss Core Capital's complaint is denied insofar as it pleads that these statements – located at paragraphs 65, 66-67, 68-69, 74-75, and 76 of the Complaint – are false and misleading in violation of the federal securities laws." *Core Capital* Order at 9. | |
| 2 | Oct. 27, 2022/ 3Q22 Earnings Conference/ Credit Suisse, Körner, Joshi | LXI | AC: ¶¶244-45; PSAC: ¶¶100-02 | OC ¶¶66-67 PAC ¶¶128-29 | As you all know, challenging conditions continue during the third quarter with heightened market volatility, weak customer flows, and ongoing client deleveraging. And our financial performance reflects these challenges . . . . I would like to provide some additional context and commentary on asset flows at the start of the fourth quarter. ***We did see a significant level of deposit in AUM outflows during the first two weeks of October. Whilst these outflows have stabilized since this period, they have not yet reversed. We have plans to address these matters after 27th of October through, among other things, accessing capital markets and executing the strategic initiatives*** | Statement sustained due to "omission to disclose material weaknesses in the Company's ICFR." *Diabat* Order at 189.<br><br>"[T]he motion to dismiss Core Capital's complaint is denied insofar as it pleads that these statements – located at paragraphs 65, 66-67, 68-69, 74-75, and 76 of the Complaint – are false and misleading in violation of the federal securities laws." *Core Capital* Order at 8. | None |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC[1] | *Diabat* Order (ECF No. 109)<br><br>*Core Capital* Order (ECF No. 138 | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | ***we have announced today. We would note that the execution of these measures is also expected to generate liquidity and reduce the funding requirements of the group.***<br><br>(in response to question re outflows): You know, as you know, the negative social media news around our name at the beginning of October, you know, did lead to outflows, you know, across our franchise. You know, it's something that we're looking to address today through the strategic announcements that we're making, including the 4 billion capital raise and ensuring that, you know, we're well capitalized through this transformation period, while we make the transformational announcements and restructuring across our investment bank and other business areas. | | |
| 3 | Oct. 27, 2022/ 3Q22 Earnings Conference/ Credit Suisse, Körner, Joshi | LXI | AC: ¶¶246-47; PSAC: ¶¶102-04 | OC ¶¶68-69 PAC ¶¶130-31 | So, if we look at the wealth management situation, you've seen the outflows of 6.4 billion for the quarter. And you rightly put it, which you then see reflected in the transaction-based income line as well, our wealth management business is very strong, as you know, in APAC and emerging markets. That has impacted that clearly, as we said. ***If you look at the 6.4 billion, it's a combination in the third quarter of, you know, deleveraging and*** | Statement sustained due to "omission to disclose material weaknesses in the Company's ICFR." *Diabat* Order at 189.<br><br>"[T]he motion to dismiss Core Capital's complaint is denied insofar as it pleads that these statements – located at paragraphs 65, 66-67, 68-69, 74-75, and 76 of the Complaint – are false and | None |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC[1] | *Diabat* Order (ECF No. 109)<br><br>*Core Capital* Order (ECF No. 138 | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | ***derisking, if you want to. So, about 3 billion comes from deleveraging and other like 2 billion is proactive, call it derisking, and then some additional deposit outflows. I think that's the right way to think about that one.***<br><br>* * *<br><br>What we have seen – and thanks for the question, what we have seen, particularly at the beginning of October, certainly, a heightened level of outflows, which was very much based on what you have seen in the media and the press rumors. ***And let me say here very clearly, to the largest extent possible, factually incorrect rumors. But, obviously, that, you know, the overall situation that has come in and down very significantly in the last couple of weeks, actually.*** . | misleading in violation of the federal securities laws." *Core Capital* Order at 8. | |
| 4 | Dec. 1, 2022/ Lehmann *FT* Interview/ Lehmann, Credit Suisse | LXVIII | AC: ¶¶261-62; PSAC: ¶¶112-13 | OC ¶¶74-75<br><br>PAC ¶143-44¶ | Axel Lehmann said ***withdrawals had flattened across the group and had started to reverse in the Swiss domestic business***, but the scale of the outflows had caught the Swiss lender off-guard.<br><br>"It ***was*** a real storm," said Lehmann at the Financial Times' Global Banking Summit on Thursday. "It ***was*** a storm in the retail and partially in the wealth management segment, in particular in | "[Lehmann's] representations that withdrawals had flattened across the group and that the situation 'was a storm' were not misleading, in light of the disclosure that withdrawals had 'started to reverse in the Swiss domestic business.'" *Diabat* Order at 205. | Removed part of statement regarding "anecdotes" from clients. |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC[1] | *Diabat* Order (ECF No. 109)<br><br>*Core Capital* Order (ECF No. 138 | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | Asia, ***where we had really massive outflows for two to three weeks***."<br><br>"The good part of the sad story is we had very few clients leaving. They are still with us, they still continue to do business with us." | Actionable on ICFR grounds. *Id*.<br><br>"[T]he motion to dismiss Core Capital's complaint is denied insofar as it pleads that these statements – located at paragraphs 65, 66-67, 68-69, 74-75, and 76 of the Complaint – are false and misleading in violation of the federal securities laws." *Core Capital* Order at 8. | |
| 5 | Dec 2, 2022/ Lehmann *Bloomberg* Interview/ Lehmann, Credit Suisse | LXIX | AC: ¶¶263-66; PSAC: ¶¶114-17 | OC ¶76 PAC ¶147 | Credit Suisse Group AG Chairman Axel Lehmann said the ***main indicators of the bank's financial stability were strong*** and that its level of liquidity is improving after declines in recent weeks.<br>* * *<br>***In October, outflows of assets and the subsequent use of liquidity buffers had caused the bank to fall below certain regulatory levels at some of its entities.***<br><br>***Credit Suisse saw 84 billion francs ($89.7 billion) of client asset withdrawals in the first few weeks of the fourth quarter amid persistent rumors about the bank's stability.*** Credit spreads and the cost to insure the | Feb 9, 2023 statement contradicts "basically stopped" statement. *Diabat* Order at 206-07.<br><br>Liquidity statements are a "misrepresentation of existing facts." *Diabat* Order at 207.<br><br>Additionally, "the statements are misleading for failure to mention material weaknesses in the Company's ICFR." *Diabat* Order at 207.<br><br>"[T]he motion to dismiss Core Capital's complaint is denied | No substantive changes. |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC[1] | *Diabat* Order (ECF No. 109)<br><br>*Core Capital* Order (ECF No. 138 | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | bank's debt against default have surged to above 400 basis points, far above peers. **The outflows have "basically stopped," Lehmann said.** | insofar as it pleads that these statements – located at paragraphs 65, 66-67, 68-69, 74-75, and 76 of the Complaint – are false and misleading in violation of the federal securities laws." *Core Capital* Order at 8. | |