# Exhibit D

**<u>Chart of Statements Previously Alleged and Sustained in *Diabat* That Core Capital Seeks to Add to its Proposed Amended *Core Capital* Complaint ("PAC")</u>**

For each of the statements in this document, the Court has already found the allegation satisfies the pleading requirements of the PSLRA and Rule 9(b), including falsity, scienter, and loss causation. Lead Plaintiff *Core Capital* seeks to add these statements, which were not alleged in the operative complaint ("OC") to its PAC in the form in which the *Diabat* Plaintiff has moved to include them in the PSAC.

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| 1 | Oct. 27, 2022/ 2022 Strategy Update Presentation/ Credit Suisse, Lehmann, Körner | LIX | AC: ¶¶234-35; PSAC: ¶¶93-95 | PAC ¶¶120-21 | **<u>Lehmann</u>**: [We] intend to significantly derisk and reduce our Investment Bank, focusing on core parts of sustainable value. This means we plan to transfer certain investment banking and capital market capabilities into a separate entity, revitalization, the CS First Boston brand. Credit Suisse intends to remain a long-term investor, creating equity ownership and a partner-like culture to tap the right talent and attract external capital. Going forward, this business will be advisory-led and have a reduced risk profile. We expect to access external credit facilities for the leveraged finance business. I will be delighted when Michael Klein is appointed CEO-designate of Credit Suisse First Boston. He will lead this transformation towards Credit Suisse First Boston's more independent future.<br>* * * | Insufficient facts re transactions with Apollo and PIMCO. Order at 184-85.<br><br>Lehmann's statement re progress is puffery. Order at 185.<br><br>"Plaintiff does allege that this statement is inaccurate because of the lack of allegations concerning material weaknesses in the Company's ICFR." Order at 184-85. | Removed Lehmann's statement re progress and Korner's statements re Apollo and PIMCO.<br><br>Removed allegations related to FCA watchlist. |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | And finally, we have entered into a framework agreement and exclusivity agreement to transfer a significant portion of our Securitized Products business to an investor group led by Apollo Global Management. This proposed transaction will support our transformation. It will derisk and reposition Securitized Products to release capital.<br><br>**<u>Körner</u>**: We are creating a new Credit Suisse with a simpler, more stable, more focused business model built around our leading franchises in Wealth Management and in our Swiss home market, complemented by our strong capabilities in Asset Management and Markets. We will radically restructure our Investment Bank and reduce risk by around 40%. We will create a resized connected Markets business as an integral part of new Credit Suisse.<br>* * *<br>We currently have USD 90 billion of risk-weighted assets in the Investment Bank, down from historic levels but still accounting for about 1/3 of the group. And they are not generating sufficient value in the current setup. With the actions announced today, we will reduce our risk exposure by | | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | around 40%, both in terms of risk-weighted assets and leverage exposure. | | |
| 2 | Oct. 27, 2022/ 3Q22 Media Release/ Credit Suisse | LVI | AC: ¶¶240-41; PSAC: ¶¶96-97 | PAC ¶¶124 | Credit Suisse's performance in the third quarter of 2022 continued to be challenged by the current economic and market environment. The combination of the geopolitical situation as well as the significant monetary tightening by major central banks worldwide in response to the continued and significant increase in inflation have resulted in continued heightened market volatility, weak customer flows and ongoing client deleveraging.<br>* * *<br>We reported a net loss attributable to shareholders of CHF 4.0 bn, compared to net income attributable to shareholders of CHF 434 mn in 3Q21. Our reported net loss attributable to shareholders included an impairment of deferred tax assets related to our strategic review of CHF 3.7 bn. The challenging market conditions in 3Q22 were the main driver of the decline in Group AuM which stood at CHF 1.4 trn, down CHF 53 bn from CHF 1.45 trn at the end of 2Q22. This included Group net asset outflows of CHF 12.9 bn in | Portions of statement related to Russia's invasion of Ukraine not actionable. Order at 174.<br><br>CS's placement on FCA watchlist was publicly known, does not support falsity. Order at 174.<br><br>"I cannot say as a matter of law that the Company did not have a duty to alert the market to the pendency of this regulatory inquiry and that it could no longer hide behind the "pure omission" doctrine." Order at 176. | Removed allegations regarding Russia's invasion of Ukraine, allegations re FCA watchlist. |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | 3Q22, compared to NNA of CHF 5.6 bn in 3Q21.<br>* * *<br>[D]uring the first two weeks of October 2022, following negative press and social media coverage based on incorrect rumors, Credit Suisse experienced a significant level of deposit and assets under management outflows. While these outflows have stabilized since this period, they have not yet reversed. We have plans to address these matters through, among other things, accessing capital markets after October 27 and executing the strategic initiatives we announce today. We would note that the execution of these measures is also expected to generate liquidity and reduce the funding requirements of the Group. | | |
| 3 | Oct. 27, 2022/ 3Q22 Earnings Release/ Credit Suisse, Körner, Joshi | LVII | AC: ¶¶242-43; PSAC: ¶¶98-99 | PAC ¶¶126 | **Liquidity issues in October 2022**<br>During the first two weeks of October 2022, following negative press and social media coverage based on incorrect rumors, Credit Suisse experienced significantly higher withdrawals of cash deposits as well as non-renewal of maturing time deposits. These outflows have since stabilized to much lower levels but have not yet reversed. As is normal | No factual support for allegation that outflows had stabilized. Order at 178-79.<br><br>Portions of statement related to Russia's invasion of Ukraine not actionable. Order at 179.<br><br>"Plaintiff's allegation concerning material | Removed allegations regarding Russia's invasion of Ukraine. |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | practice, we also limited our access to the capital markets in the period immediately preceding our upcoming strategy announcements. While these outflows have partially utilized liquidity buffers at the Group and legal entity level, and we have fallen below certain legal entity-level regulatory requirements, the core requirements of the liquidity coverage ratio (LCR) and the net stable funding ratio (NSFR) at the Group level have been maintained at all times. The Group's average daily LCR for the month of October through October 25 was 154%, with lower spot rates over this period that remained below this average through that date. Remediation plans have been prepared to reverse these outflows, including accessing the public and private markets following our announcements on October 27 together with certain asset disposals and other measures. We would note that the execution of the strategic measures that we have announced is also expected to generate liquidity and reduce the funding requirements of the Group. We also continue to have access to central bank funding sources if required. | weaknesses in the Company's ICFR renders this particular statement actionable." Order at 179. | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | These circumstances have exacerbated the risks we described under "Liquidity Risk" in our Risk Factors contained in our 2021 Annual Report.<br><br>**Outflows in assets under management in October 2022**<br>During the first two weeks of October 2022, following negative press and social media coverage based on incorrect rumors, Credit Suisse experienced client asset outflows at levels that substantially exceeded the rates incurred in 3Q22. These asset outflows primarily impacted our Wealth Management and Swiss Bank divisions. These outflows have reduced significantly since mid-October but have not yet reversed. It is premature to estimate the impact on net new asset flows for 4Q22 but, coupled with reductions in asset values due to adverse market movements in client portfolios in 3Q22, this reduction in assets under management may lead to decreased fee revenues for the Group, thereby leading to reduced profitability.<br><br>* * *<br><br>As of the end of 3Q22, assets under management of CHF 1,400.6 billion | | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | decreased CHF 53.3 billion compared to the end of 2Q22. The decrease was mainly driven by unfavorable market movements and net asset outflows of CHF 12.9 billion. Net asset outflows of CHF 12.9 billion in 3Q22 mainly reflected outflows across the following businesses. Net asset outflows of CHF 6.4 billion in Wealth Management reflected mainly outflows across the Middle East, Asia Pacific and Swiss ultra-high-net-worth businesses, partially offset by inflows in the European businesses. Net asset outflows of CHF 4.2 billion in Asset Management were driven by outflows from traditional investments, primarily related to outflows in index solutions, equities and fixed income, and alternative investments, primarily related to outflows in credit, partially offset by inflows from investments and partnerships, primarily related to an emerging markets joint venture. Net asset outflows of CHF 1.5 billion in Swiss Bank reflected outflows in the private clients business, partially offset by inflows in institutional clients business. | | |
| 4 | Oct. 31, 2022/ Lehmann Interview with | LXIII | AC: ¶¶251-52; PSAC: ¶¶105-06 | PAC ¶133 | When asked if he was expecting outflows to “reverse,” Lehmann responded that outflows had “clearly stabilized.” | No factual support for statements re inflows/returning clients. Order at 192. | Removed statements re |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | *Bloomberg TV*/ Lehmann | | | | | Statement that outflows had "clearly stabilized" contradicted by later statement that outflows had merely slowed: "a reasonable investor could have concluded, based on Körner's reassurance, that the run on the Bank had ended, when it had not. It had merely slowed down." Order at 192. | inflows/returning clients.<br><br>Corrects error re speaker of statement (Lehmann, not Korner). |
| 5 | Nov. 2, 2022/ 3Q22 Quarterly Report/ Credit Suisse, Körner, Joshi | LXIV | AC: ¶¶253-54; PSAC: ¶¶107-08 | PAC ¶¶137-38 | In 3Q22, we reported net revenues of CHF 3,804 million, which decreased 30% compared to 3Q21, primarily reflecting lower net revenues in the Investment Bank and Wealth Management. The decrease in the Investment Bank was driven by significantly reduced capital markets revenues and lower equity and fixed income sales and trading revenues, reflecting challenging operating conditions and the Group's relative underperformance The decrease in Wealth Management mainly reflected lower transaction- and performance-based revenues, lower recurring commissions and fees and lower other revenues, partially offset by higher net interest income.<br>* * *<br>During the first two weeks of October 2022, following negative press and | Statement related to Russia's invasion of Ukraine not actionable. Order at 195.<br><br>General statements re CS's financial condition not false. Order at 195-96.<br><br>Statement actionable due to ICFR allegations and statement that the 3Q22 Report was prepared in accordance with GAAP. Order at 197. | Removed statement regarding Russia's invasion of Ukraine, general statements about CS's financial condition, and allegations re FCA watchlist. |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | social media coverage based on incorrect rumors, Credit Suisse experienced significantly higher withdrawals of cash deposits as well as non-renewal of maturing time deposits. These outflows have since stabilized to much lower levels but have not yet reversed. As is normal practice, we also limited our access to the capital markets in the period immediately preceding our strategy announcements. While these outflows have partially utilized liquidity buffers at the Group and legal entity level, and we have fallen below certain legal entity-level regulatory requirements, the core requirements of the liquidity coverage ratio (LCR) and the net stable funding ratio (NSFR) at the Group level have been maintained at all times ….Remediation plans have been prepared to reverse these outflows, including accessing the public and private markets following our announcements on October 27 together with certain asset disposals, including the transfer of a significant portion of SPG [Securitized Products Group] to an investor group led by Apollo, and other measures. We would note that the execution of the strategic measures that we have | | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | announced is also expected to generate liquidity and reduce the funding requirements of the Group. We also continue to have access to central bank funding sources if required.<br>* * *<br>**Outflows in assets under management in October 2022**<br>During the month of October 2022, following negative press and social media coverage based on incorrect rumors, Credit Suisse experienced client asset outflows at levels that substantially exceeded the rates incurred in 3Q22. These asset outflows primarily impacted our Wealth Management and Swiss Bank divisions. These outflows have reduced since mid-October but have not yet reversed. It is premature to estimate the impact on net new asset flows for 4Q22 but, coupled with reductions in asset values due to adverse market movements in client portfolios in 3Q22, this reduction in assets under management may lead to decreased fee revenues for the Group, thereby leading to reduced profitability. | | |
| 6 | Nov. 2, 2022/ 3Q22 Quarterly Report SOX | LXIV | AC:313; PSAC: ¶¶154 | PAC ¶135 | The accompanying unaudited condensed consolidated financial statements of Credit Suisse Group AG | Material weaknesses in the Company's ICFR make | None |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | Certifications / Credit Suisse, Körner, Joshi | | | | (the Group) are prepared in accordance with accounting principles generally accepted in the US (US GAAP) and are stated in Swiss francs (CHF). These condensed consolidated financial statements should be read in conjunction with the consolidated financial statements and notes thereto for the year ended December 31, 2021 included in the Credit Suisse Annual Report 2021. | statement misleading. Order at 197, 234–43. | |
| 7 | Nov. 23, 2022/ Prelim 4Q22 Earnings Release/ Credit Suisse | LXVI | AC: ¶¶257-58; PSAC: ¶¶110-11 | PAC ¶141 | As previously disclosed, Credit Suisse began experiencing deposit and net asset outflows in the first two weeks of October 2022 at levels that substantially exceeded the rates incurred in the third quarter of 2022. At the Group level, as of November 11, 2022, net asset outflows were approximately 6% of assets under management at the end of the third quarter of 2022. In Wealth Management, these outflows have reduced substantially from the elevated levels of the first two weeks of October 2022 although have not yet reversed and were approximately 10% of assets under management at the end of the third quarter of 2022. In the Swiss Bank, these client balances have stabilized and were approximately 1% of assets under | Insufficient facts for allegations re reducing risk profile; "market conditions" causing reduced client activity; and inadequacy of liquidity pool. Order at 200-01.<br><br>CS's placement on FCA watchlist was publicly known, does not support falsity. Order at 201-02.<br><br>Statements actionable for "failure to mention the SEC's questions about its ICFR." Order at 202. | Removed allegations re FCA watchlist, risk profile, "market conditions" causing reduced client activity; and inadequacy of liquidity pool. |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | management at the end of the third quarter of 2022.<br><br>As announced on October 27, 2022, these outflows have led the bank to partially utilize liquidity buffers at the Group and legal entity level, and while the bank has fallen below certain legal entity-level regulatory requirements, the core requirements of the liquidity coverage ratio (LCR) and the net stable funding ratio (NSFR) at the Group level have been maintained at all times.<br><br>Credit Suisse is executing on its strategic commitments to strengthen its balance sheet and reduce risk, engaging clients proactively and accessing the public and private markets, including the recent issuance of approximately USD 5 billion through two bond sales, which saw strong investor demand. Key steps taken include the recently announced sale of a significant part of Credit Suisse's Securitized Products Group (SPG) and other related financing businesses to Apollo Global Management….These actions and other deleveraging measures including, but not limited to, in the non-core businesses, are expected to | | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | strengthen liquidity ratios and reduce the funding requirements of the Group.<br>* * *<br>Strategic actions taken to significantly reduce the Group's risk profile are expected to be reflected in near-term financial results…. Lower deposits and assets under management are expected to lead to reduced net interest income and recurring commissions and fees; this is likely to lead to a loss for Wealth Management in the fourth quarter of 2022. Together with the adverse revenue impact from the previously disclosed exit from the non-core businesses and exposures, and as previously announced on October 27, 2022, Credit Suisse would expect the Investment Bank and the Group to report a substantial loss before taxes in the fourth quarter 2022, of up to CHF ~1.5 billion for the Group….<br><br>The Group continues to execute on the decisive strategic actions detailed on October 27, 2022, to create a simpler, more focused and more stable bank – a new Credit Suisse. | | |
| 8 | Dec. 5, 2022/ Lehmann SRF Interview/ | LXX | AC: ¶¶267-68; PSAC: ¶¶118-20 | PAC ¶¶152 | Credit Suisse (CSGN.S) is "***definitely stable***," Chairman Axel Lehmann told Swiss broadcaster SRF on Monday, | "Plaintiff has adequately pleaded that this statement misrepresents existing facts | No substantive changes. |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | Lehmann, Credit Suisse | | | | adding that ***the embattled bank had seen a stabilisation in the outflows of client funds.*** <br> * * * <br> "When you have a capital raising, which has a big dilution effect, that creates a lot of uncertainty and that leads to high volatility," Lehmann said in the interview. <br><br> "***But I believe the situation has calmed. The business is definitely stable***," he said. Still, he expected 2023 and 2024 to be years of transformation for the bank as it seeks to stabilise after years of mishaps. <br><br> "It's true, the whole group will not be profitable next year," Lehmann said. "What is important is the progress we make. <br><br> "What is the earnings power of the Swiss business, wealth management, asset management and the part of the investment bank we retain, and then from 2024 produce positive numbers." | and would have misled a reasonable investor." Order at 208-09. | |
| 9 | Feb. 9, 2023/ 4Q22 Earnings Release/ Credit Suisse | LXXIV | AC: ¶¶277-78; PSAC: ¶¶121-22 | PAC ¶¶154 | **Liquidity issues in 4Q22** <br> As previously disclosed, during early 4Q22, Credit Suisse began experiencing significantly higher withdrawals of cash deposits as well | Portions of statement related to Russia's invasion of Ukraine not actionable. Order at 216. | Removed allegations regarding Russia's |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | ***Diabat* Complaint Cites** | **Core Capital PAC Cites** | **Statement Alleged in PAC** | **MTD Order (ECF No. 109)** | **Edits to make PAC Consistent with *Diabat* PSAC** |
|---|---|---|---|---|---|---|---|
| | | | | | as nonrenewal of maturing time deposits. However, as the quarter progressed, these outflows stabilized to much lower levels but had not yet reversed by year end, and customer deposits declined by CHF 138 billion in 4Q22. As is normal practice, we also limited our access to the capital markets in the period immediately preceding the strategy announcements we made on October 27, 2022. While these outflows led us to partially utilize liquidity buffers at the Group and legal entity level, and we fell below certain legal entity-level regulatory requirements, the core requirements of the liquidity coverage ratio (LCR) and the net stable funding ratio (NSFR) at the Group level were maintained at all times. The Group's three-month average daily LCR was 144% as of the end of 4Q22, improved from lower levels earlier in the quarter.<br><br>Remediation plans were prepared, initiated and implemented to mitigate these outflows, including accessing the public and private markets. We issued over USD 5 billion through three bond sales in November and December 2022, which saw strong investor demand, and an additional | Actionable on ICFR grounds. Order at 217. | invasion of the Ukraine. |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | CHF 4 billion through our capital increases. Other steps also include certain asset disposals, including the announced sale of a significant portion of SPG and other related financing businesses. We would note that the execution of these actions and other deleveraging measures, including, but not limited to, in the non-core businesses, is also expected to strengthen liquidity ratios and, over time, reduce the funding requirements of the Group. As is common for banks, we also continue to have access to central bank funding sources if required.<br>* * *<br>**Outflows in assets under management in 4Q22**<br>As previously disclosed, Credit Suisse began experiencing deposit and net asset outflows in early 4Q22 at levels that substantially exceeded the rates incurred in 3Q22. At the Group level, net asset outflows in 4Q22 were approximately 8% of assets under management as of the end of 3Q22, with approximately two-thirds of these net asset outflows in the quarter concentrated in October 2022. In Wealth Management, these outflows in 4Q22 had reduced substantially in the rest of the quarter from the | | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | elevated levels of early 4Q22, but had not reversed, and represented approximately 15% of assets under management reported as of the end of 3Q22. In the Swiss Bank, these outflows in 4Q22 broadly stabilized after the elevated levels of early 4Q22, and represented approximately 2% of assets under management reported as of the end of 3Q22. In Asset Management, these outflows in 4Q22 represented 3% of assets under management reported as of the end of 3Q22.<br><br>* * *<br>As of the end of 4Q22, assets under management of CHF 1,293.6 billion decreased CHF 107.0 billion compared to the end of 3Q22. The decrease was mainly driven by net asset outflows of CHF 110.5 billion and foreign exchange-related movements, partially offset by favorable market movements of CHF 27.6 billion.<br>Net asset outflows of CHF 110.5 billion in 4Q22 mainly reflected outflows across the following businesses. Net asset outflows of CHF 92.7 billion in Wealth Management were driven by outflows across all regions. Approximately two-thirds of | | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | the outflows were concentrated in October 2022. The outflows in 4Q22 had reduced substantially in the rest of the quarter from the elevated levels of early 4Q22 but had not reversed. Net asset outflows of CHF 11.7 billion in Asset Management were driven by outflows from traditional investments, primarily related to outflows in multi-asset solutions, index solutions and fixed income, from investments and partnerships, primarily related to an emerging markets joint venture, and from alternative investments, primarily related to outflows in credit. Net asset outflows of CHF 8.3 billion in Swiss Bank mainly reflected outflows in the private clients business. | | |
| 10 | Feb. 9, 2022/ FY22 Earnings Conference/ Credit Suisse, Körner, Joshi | LXXV | AC: ¶¶279-85; PSAC: ¶¶123-28 | PAC ¶¶156-161 | **Körner**: 2022 was an extremely challenging year for Credit Suisse with the group posting a net loss of CHF 7.3 billion. ***Nonetheless, it was also a year which marked the beginning of the important and necessary transformation for our organization. On October 27, we presented a targeted plan to create the new Credit Suisse, a simpler, more focused bank built around client needs. And today, we reaffirm all of the targets we announced in October***. | "Defendants already knew that the Company was facing significant liquidity issues when they made these statements about the Company's business health." Order at 220.<br><br>"Plaintiff's ICFR allegation… further calls into question the Company's representations about the overall health of its financials." Order at 220. | Removed allegations re FCA watchlist. |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | * * * <br>***We have a robust balance sheet, and we are executing on our transformation from a position of strength***. We reported a year-end CET1 ratio of 14.1% and a Tier 1 leverage ratio of 7.7%. ***Our liquidity position also improved following the impact of the events of October***. The average liquidity coverage ratio was at 144% at the end of the fourth quarter with further improvements this year.<br>* * * <br>Now let me be clear, our teams continue to work relentlessly on serving our clients. Since October, we have proactively engaged with more than 10,000 wealth management clients and over 50,000 clients in the Swiss bank. As previously mentioned, we are seeing the first positive signs, comprehensive global initiatives to regain deposits, as well as assets under management. In January, we saw deposit inflows at group level in Wealth Management and the APAC, as well as net new assets in APAC and to Swiss Bank. Importantly, clients remain overwhelmingly supportive, and we remain very thankful for that. To remind you of the strength of our Wealth Management business, we are | | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | the No. 2 wealth manager outside the U.S. with a deep client franchise balance between ultra and high net risk clients.<br>* * *<br>We are building a unified culture from the top of the organization with a strong focus on risk management, collaboration, and accountability. We remain disciplined on strategic execution, strengthening and reallocating capital delivering our cost ambitions, and most importantly, supporting our clients globally. As I mentioned, we have acted decisively to address the impact of the outflows experienced in the fourth quarter, and we have seen deposit inflows at the group level, in wealth management and APAC, as well as net new assets in APAC and the Swiss Bank. We are also, making progress with the carve-out of CS First Boston and are creating a more focused markets business that will deliver innovative solutions and products for our Wealth Management and our institutional clients. In short, we are determined to make this transformation a success, restore trust with all stakeholders and ultimately create sustainable value for our shareholders. | | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | **Joshi**: ***The group took clear strides forward despite the challenging fourth quarter. We delivered the strategy update alongside our third quarter earnings and started immediately on implementation***. We made good progress reducing noncore-related exposures on cost reduction measures and on balance sheet reductions relating to the Capital Release Unit. ***We proactively managed our liquidity position following the outflows in the fourth quarter. We executed a successful series of capital and funding measures, including raising around CHF 4 billion in equity and completing around CHF 6 billion of debt issuance in the fourth quarter. We strengthened our CET1 ratio to 14.1%, and we remain resolutely focused on execution and on supporting our clients. As you can see from this morning's announcement regarding the acquisition of the Investment Banking business of M. Klein & Company and the completion of the first closing of our securitized products transaction with Apollo, we are executing rapidly on the strategy and were ahead of plan***.<br>* * * | | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | I'll touch on the impact of the client asset outflows during the fourth quarter on Slide 15. Our assets under management were impacted by significant net asset outflows early in the quarter which affected both our revenues and our liquidity position for the fourth quarter. ***Approximately two-thirds of the net asset outflows in the fourth quarter occurred in October, and they reduced considerably in November and December….Since the start of the fourth quarter, we strengthened our balance sheet, including through the capital raises to set the group on a stronger trajectory***.<br><br>***We're now three months into our transformation journey and we saw the first signs of the benefits of these and other proactive initiatives in January with positive deposit inflows at the group level and specifically in wealth management. Net asset flows in the Swiss Bank were positive and the net asset outflows in wealth management in January were at a reduced level compared to December with net asset in flows in Asia Pacific***.<br>* * * | | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | Moving on to our liquidity coverage ratio. ***Although the group's liquidity position was impacted by deposit outflows in the fourth quarter, our average liquidity coverage ratio at the end of December stood at 144%, well above the group's minimum regulatory requirements and comparing favorably with our peer group. This represents an improvement from the lower levels in the quarter and was a result of a series of proactive measures, including the capital raises, debt issuances, and deleveraging. We have continued to see the improvement in the ratio since the start of the year and were main focused on maintaining our LCR at a prudent level. The disciplined execution of our strategy, including our simplification program should lead to further liquidity improvements and more efficient liquidity management across the group***.<br>* * *<br>***To summarize, our financial performance for the fourth quarter reflects the decisive actions we have taken against a difficult market backdrop. Looking forward, we expect that the strategic actions*** | | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | ***taken to reduce the group's risk profile and the challenging market conditions will continue to be reflected in our financial results.***<br><br>**Körner** (in response to question re outflows): So, I would say with respect to your Wealth Management question, what is important, that's why we gave these indications from January. ***The group overall, as I said, is positive on deposits, Wealth Management, globally, positive on deposits, Asia Pac, positive on deposits. And I'm reiterating that because as you are fully aware of, the deposits are these kind of assets***. So, to say, which leave first and have the fungibility to reenter first. And I think that is important to bear in mind. As you immediately understand [], we do not give your business plan figures, but ***you can assume that in the best mention is a fair chunk of rewinning lost volumes lost business with our clients. And important to note here is as well that we hardly lost any client. I think that is also important that shows you something about what I said before in terms of the relationship which we may have with our clients***. | | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | **Körner** (in response to question re outflows): [W]e said like two-thirds in October. ***If you look into October and November together, it's more than 85% and of the outflows stemming from these two months***, and that was exactly the reason…. ***With respect to your second question, net new assets, in particular, we said we are positive, which is very good because that's a very proactive region, growth region, we are positive in APAC with a good number for January also, in comparison to other years. We are positive in Switzerland, also, with a good number overall here. We are positive in a couple of smaller other geographies, but we are also, still having some outflows in other regions, and that's why we gave this guidance…. That's how you should read it. But again, as I said, in my eyes, the situation has completely changed from last year***.<br><br>**Körner** (in response to question re outflows): ***So, to your concrete question, how much is coming back, I would like to know that as well, as you can imagine. As I said, the wealth management colleagues are pretty hopeful that we bring a fair part of the outflows back already in*** | | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | ***2023. And the rest will come later. And as I said also, earlier, obviously, our target is to bring all and everything back and then go beyond that.*** | | |
| 11 | Feb. 9, 2022/ Körner *Bloomberg TV* Interview/ Körner, Credit Suisse | LXXVII | AC: ¶¶289-92; PSAC: ¶¶130-31 | PAC ¶¶164 | Körner stated that Credit Suisse was "making really good progress" toward "creating a new Credit Suisse," it had a "clear plan," and was in "full execution" of it.<br><br>Outflows "**have reduced very significantly and we are seeing new money coming back in different parts of the firm.**" He said that "we have launched a very well organized client reachout…[that] has generated very positive momentum...[which] will travel with us in 2023."<br><br>When asked if it was "still the plan…to be profitable for 2024 onwards," Körner responded: "That's absolutely the plan. The plan is unchanged." | Allegations that CS's strategic plan was a "sham" inactionable. Order at 222.<br><br>"Körner's claim that the Company's outflows "have reduced very significantly"… makes the financial performance of the Company appear better than it actually was." Order at 223. | Removed allegations re strategic plan. |
| 12 | March 14, 2023/ 2022 Annual Report/ Credit Suisse, Körner, Joshi | LXXVIII | AC: ¶¶296-98; PSAC: ¶¶132-34 | PAC ¶¶166-67¶ | Notwithstanding these material weaknesses, we confirm that our consolidated financial statements as included in this Annual Report fairly present, in all material respects, our | "This entire statement is actionable because it paints too rosy a picture of Credit Suisse's financial condition just days before it would enter | Removed allegations regarding Russia's invasion of |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | consolidated financial condition as of December 31, 2022 and 2021, and our consolidated results of operations and cash flows for the years ended December 31, 2022, 2021 and 2020, in conformity with US GAAP. ***Management is developing a remediation plan to address the material weaknesses referred to above, including strengthening the risk and control frameworks, and which will build on the significant attention that management has devoted to controls to date***.<br><br>In October, we announced a clear strategy that builds on our core strengths and addresses current challenges, and we have since been executing it at pace. ***Our strategic, cultural and operational transformation aims to re-establish Credit Suisse as a solid, reliable and trusted partner with a strong value proposition for all our stakeholders***.<br>* * *<br>***Our liquidity and funding profile reflects our strategy and risk appetite and is driven by business activity levels and the overall operating environment. We continuously adapt our liquidity and funding profile to reflect changes in our business*** | into a merger designed to stave off its collapse." Order at 226.<br><br>Allegations re Russian invasion of Ukraine and FCA watchlist not actionable. Order at 228. | the Ukraine and FCA watchlist. |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | ***strategy and regulatory developments.***<br>* * *<br>Our liquidity and funding policy is designed to ensure that funding is available to meet all obligations in times of stress, whether caused by market events or issues specific to Credit Suisse. To address short-term liquidity stress, ***we maintain a liquidity pool, as described below, that covers unexpected outflows in the event of severe market and idiosyncratic stress***. Our liquidity risk parameters reflect various liquidity stress assumptions. We manage our liquidity profile at a sufficient level such that, in the event we are unable to access unsecured funding, we expect to have sufficient liquidity to sustain operations for a period of time in excess of our minimum limit. | | |
| 13 | March 14, 2023/ 2022 Annual Report SOX Certifications/ Credit Suisse, Körner, Joshi | LXXX | AC: ¶¶318-19; PSAC: ¶¶158-59 | PAC ¶¶172 | 1. I have reviewed this annual report on Form 20-F of Credit Suisse Group AG and Credit Suisse AG;<br><br>2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading | Actionable in light of weaknesses in ICFR. Order at 230-31. | No substantive changes. |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | with respect to the period covered by this report;<br><br>3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrants as of, and for, the periods presented in this report;<br><br>4. The registrants' other certifying officers and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrants and we have:<br>a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision,<br>to ensure that material information relating to the registrants, including their consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in | | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | which this report is being prepared;<br>b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;<br>c) evaluated the effectiveness of the registrants' disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and<br>d) disclosed in this report any change in the registrants' internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is likely to materially affect, the registrants' | | |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | internal control over financial reporting; and<br><br>5. The registrants' other certifying officers and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrants' auditors and the audit committee of each of the registrant's board of directors (or persons performing the equivalent functions):<br>a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrants' ability to record, process, summarize and report financial information; and<br>b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrants' internal control over financial reporting. | | |
| 14 | March 14, 2023/ Körner speech at European Financials Conference/ | LXXXI | AC: ¶¶299-300;<br>PSAC: ¶¶136-37 | PAC ¶174 | Körner stated that ***Credit Suisse did not have "material risk"*** in the wake of SVB's recent collapse because Switzerland had "***materially different standards" in capital strength, funding and liquidity***. | "Considering the context – *i.e.*, the preceding disclosures that addressed the Company's capital strength, funding, and liquidity – as well as the fact that the Bank would collapse | No substantive changes |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | Körner, Credit Suisse | | | | | in just a few more days, it was misleading for Körner to state that the Company did not have 'material risk.'" Order at 232. | |
| 15 | March 14, 2023/ Körner Interview with *Bloomberg*/ Körner, Credit Suisse | LXXXII | AC: ¶¶301-04; PSAC: ¶¶138-40 | PAC ¶¶176-77 | Körner said that things at the bank were "calm" and, in fact, there had been "***material good inflows" the previous day***, which was a "***positive sign***." Koerner also said that ***outflows had "significantly moderated.***"<br><br>With respect to the recent collapse of SVB, Koerner said that "was a very different situation" than Credit Suisse, because Credit Suisse was "following ***materially different and higher standards when it comes to capital funding, liquidity, and so on***." | "As the statements are belied by conditions internally known by Defendants, they are not subject to dismissal." Order at 233. | No substantive changes |
| 16 | March 15, 2023/ Lehmann speech at Financial Sector Conference/ Lehmann, Credit Siusse | LXVIII | AC: ¶¶293-95; PSAC: ¶¶141-42 | PAC ¶179 | Credit Suisse Group AG Chairman Axel Lehmann said government assistance "isn't a topic" for the lender as the Swiss bank seeks to shore up confidence among clients, investors and regulators after a series of missteps.<br><br>Speaking at the Financial Sector Conference in Saudi Arabia on Wednesday, Lehmann said it wouldn't be accurate to compare Credit Suisse's current problems with the recent collapse of Silicon Valley | "Lehmann's statement that the Company "[has] strong capital ratios, a strong balance sheet," is actionable" because "The Bank was literally about to fail." Order at 224. | Corrected date of statement; no other substantive changes. |

| # | Date/ Source/ Speaker(s) | Statement Number in Order | *Diabat* Complaint Cites | Core Capital PAC Cites | Statement Alleged in PAC | MTD Order (ECF No. 109) | Edits to make PAC Consistent with *Diabat* PSAC |
|---|---|---|---|---|---|---|---|
| | | | | | Bank, particularly because the banks are regulated differently.<br><br>"We have strong capital ratios, a strong balance sheet," Lehmann said. "We already took the medicine," he said, referring to the extensive restructuring program announced in October. | | |
| 17 | March 15, 2023/ Körner Interview with CNA/ Körner, Credit Suisse | LXXXIII | AC: ¶¶305-07; PSAC: ¶¶143-45 | PAC ¶¶181-82 | "***Our capital, our liquidity basis is very very strong***….***We fulfill and overshoot basically all regulatory requirements***." | "Plaintiff has pled that Körner made statements that, when viewed in context, misrepresented the adequacy of the Company's liquidity levels." Order at 234. | No substantive changes. |