# Exhibit E

**Chart of Statements That Core Capital Seeks to Include in the *Core Capital* Proposed Amended Complaint ("PAC") Diabat Seeks to Add to his PSAC in His Motion to Amend**

| **Proposed Statement # 1**: "Credit Suisse is currently not considering raising additional equity capital." *Diabat* PSAC ¶77[1] | | |
|---|---|---|
| **Date**: May 31, 2022 | **Source**: *Reuters* Article | **Speaker(s)**: CS (spokesperson) |
| **Statement asserted against** | CS (currently in case) | |
| **Alleged in Operative *Core Capital* Complaint ("OC")?** | No. | |
| **Ruling in MTD Order** | "Plaintiff pleads no fact tending to show that Credit Suisse was, in fact, considering the possibility of raising additional capital as early as May 2022." ECF No. 109 at 138-39. | |
| **Paragraph in *Core Capital* PAC)** | ¶108 | |
| **Why properly added now?** | Newly discovered evidence—*i.e.*, the PInC Report and FINMA Correspondence—supports falsity and scienter. See *Diabat* Brief, § III.B.2. | |
| **Satisfies PSLRA?** | <u>Falsity</u>: PInC Report reveals undercapitalization from early 2022 (PAC ¶110); FINMA Correspondence shows that, at the time this statement was made, 1 [redacted] (PAC ¶109); and 2) [redacted] (PAC ¶109).<br><br>Scienter: This correspondence with FINMA was [redacted] (PAC ¶109); *see also* high level positions (PAC ¶¶239-40); core operations (PAC ¶¶241-43); corporate scienter (PAC ¶¶250-52).<br><br><u>Loss Causation</u>: 1) On September 22, 2022, *Reuters* published a report that CS would need to raise capital, which CS did not deny (PAC ¶¶189-90); 2) On October 27, 2022, CS announced a CHF 4 billion capital raise (PAC ¶191); and 3) on March 19, 2023, the merger announcement constructively revealed CS's true financial condition (PAC ¶¶201-03).<br><br><u>Does safe harbor apply?</u> No—statement of present condition. | |
| **Relies on material obtained in discovery?** | The allegations regarding this statement refer to correspondence between FINMA and Credit Suisse obtained in discovery. ¶¶109-10. However, falsity and scienter are also strongly supported by the public PInC Report. *See Diabat* Brief, § III.C. | |

[1] Unless otherwise noted, references to "Brief" are to Diabat's memorandum of law in support of his motions to amend, which is incorporated by reference and joined in full by Core Capital. Consolidated Dkt. No. 200. References to "PAC" are to Core Capital's Proposed Amended Complaint.

| | |
|---|---|
| **Is the statement timely?** | Yes (*see Diabat* Brief, Section § III.D.). |
| **Would amendment cause undue delay or prejudice?** | No (*see Diabat* Brief, Section § III.E.). |

<table>
<tr><td colspan="3">Proposed Statement # 2: The Group is robustly capitalised with a CET1 ratio of 13.8% and a CET1 leverage ratio of 4.3%. Diabat PSAC ¶77.</td></tr>
<tr><td>Date: May 31, 2022</td><td>Source: Reuters Article</td><td>Speaker(s): CS (unnamed spokesperson)</td></tr>
</table>

| | |
|---|---|
| **Statement asserted against** | CS (currently in case) |
| **Alleged in AC?** | No. |
| **Ruling in MTD Order** | N/A |
| **Paragraph in PAC** | ¶108 |
| **Why properly added now?** | Newly discovered evidence—*i.e.*, the PInC Report and FINMA Correspondence—supports falsity and scienter. *See Diabat* Brief, § III.B.2. |
| **Satisfies PSLRA?** | Falsity: PInC Report reveals undercapitalization from early 2022 (PAC ¶110); FINMA Correspondence from one week before the statement called [redacted] (PAC¶109).<br>Scienter: This correspondence [redacted] (¶109); *see also* high level positions (PAC ¶¶239-40); core operations (PAC ¶¶241-43); corporate scienter (PAC ¶¶250-52).<br>Loss Causation: Truth was revealed by the announcement of the merger, which revealed the true severity of Credit Suisse's capital issues (PAC ¶¶201-03).<br>Does safe harbor apply? No – statement of present condition. |
| **Relies on material obtained in discovery?** | The allegations regarding this statement refer to correspondence between FINMA and Credit Suisse obtained in discovery. PAC ¶¶109-10. However, falsity and scienter are also strongly supported by the public PInC Report. *See Diabat* Brief, § III.C. |
| **Is the statement timely?** | Yes (*see Diabat* Brief, Section § III.D.). |
| **Would amendment cause undue delay or prejudice?** | No (*see Diabat* Brief, Section § III.E.). |

**Proposed Statement # 3**:

Lehmann (when asked if CS was planning a capital raise): Look, on capital we'll report despite the loss today, a CET1 ratio of 13.5%. I'm happy to see that number and we will guide the market also in light of the uncertainty that we certainly are going to defend a CET1 ratio until the end of the year between 13 to 14%. So I think we are good on this one and we will manage that very, very tightly. I cannot comment to know all the speculations and some of them, as you said, seem to be quite ridiculous.

Lehmann (when asked to clarify "Is it a no?"): That's a clear no. *Diabat* PSAC ¶83

| **Date**: July 27, 2022 | **Source**: CNBC Squawk Box Europe | **Speaker(s)**: Lehmann |
|---|---|---|

| | |
|---|---|
| **Statement asserted against** | Lehmann (currently in case) |
| **Alleged in AC?** | No. |
| **Ruling in MTD Order** | N/A |
| **Paragraph in PAC** | ¶111 |
| **Why properly added now?** | Newly discovered evidence – *i.e.*, correspondence with FINMA – supports falsity and scienter. *See Diabat* Brief, § III.B.1. |
| **Satisfies PSLRA?** | Falsity: PInC Report reveals undercapitalization from early 2022 (PAC ¶113); [redacted] (PAC ¶112).<br><br>Scienter: The correspondence was [redacted] (PAC ¶85); *see also* high level positions (PAC ¶¶239-40); core operations (PAC ¶¶241-43); corporate scienter (PAC ¶¶250-52)..<br><br>Loss Causation: 1) On September 22, 2022, *Reuters* published a report that CS would need to raise capital, which CS did not deny (PAC ¶¶189-90); 2) On October 27, 2022, CS announced a CHF 4 billion capital raise (PAC ¶191); and 3) on March 19, 2023, the merger announcement constructively revealed CS's true financial condition (PAC ¶¶201-03).<br><br>Does safe harbor apply? No—statement of present condition. |
| **Relies on material obtained in discovery?** | The allegations regarding this statement refer to correspondence between FINMA and Credit Suisse obtained in discovery. ¶112. However, falsity and scienter are also strongly supported by the public PInC Report. *See Diabat* Brief, § III.C. |
| **Is the statement timely?** | Yes (*see Diabat* Brief, Section § III.D.). |
| **Would amendment cause undue delay or prejudice?** | No (*see Diabat* Brief, Section § III.E.). |

| | | | |
|---|---|---|---|
| **Proposed Statement #4**:<br><br>Mathers (when asked if CS was planning a capital raise): I think the first point I'd make is, I've been CFO for 12 years and 13.5% CET1 is one of the highest CET1 ratios we've actually ever reported. So, you know, we are in a strong capital position. And our leverage ratio is equally strong in terms of that. So, I think the bank is well funded in terms of that. *Diabat* PSAC ¶87 | | | |
| **Date**: July 27, 2022 | **Source**: 2Q22 Earnings Conference | | **Speaker(s)**: Mathers, CS |
| **Statement asserted against** | Mathers (if revived), CS (currently in case) | | |
| **Alleged in AC?** | No. | | |
| **Ruling in MTD Order** | N/A | | |
| **Paragraph in PAC** | ¶114 | | |
| **Why properly added now?** | Newly discovered evidence – *i.e.*, correspondence with FINMA – supports falsity and scienter. *See Diabat* Brief, § III.B.1 | | |
| **Satisfies PSLRA?** | Falsity: PInC Report reveals undercapitalization from early 2022 (PAC ¶115); FINMA Correspondence shows that at the time, [redacted]<br><br>Scienter: The correspondence was [redacted], of which Mathers was a member (PAC ¶37); *see also* high level positions (PAC ¶¶239-40); core operations (PAC ¶¶241-43); corporate scienter (PAC ¶¶250-52).<br><br>Loss Causation: 1) On September 22, 2022, *Reuters* published a report that CS would need to raise capital, which CS did not deny (PAC ¶¶189-90); 2) On October 27, 2022, CS announced a CHF 4 billion capital raise (PAC ¶191); and 3) on March 19, 2023, the merger announcement constructively revealed CS's true financial condition (PAC ¶¶201-03).<br><br>Does safe harbor apply? No—statement of present condition. | | |
| **Relies on material obtained in discovery?** | The allegations regarding this statement refer to correspondence between FINMA and Credit Suisse obtained in discovery. ¶88. However, falsity and scienter are also strongly supported by the public PInC Report. *See Diabat* Brief, § III.C. | | |
| **Is the statement timely?** | Yes (*see Diabat* Brief, Section § III.D.). | | |
| **Would amendment cause undue delay or prejudice?** | No (*see Diabat* Brief, Section § III.E.). | | |

| | | |
|---|---|---|
| **Proposed Statement #5**:<br>Gottstein (in response to question, "how would FINMA see potentially capital going below 13%?"): On the FINMA capital side, you know, clearly, as it was said by David, the [13.5%] is a very solid capital base…. We are obviously always also in contact with FINMA. But this is very consistent with the spirit there.<br>Lehmann: The question obviously, you know, with FINMA, we are in very close contact and I think [have] their support on the general strategic direction and our intent. *Diabat* PSAC ¶89 | | |
| **Date**: July 27, 2022 | **Source**: 2Q22 Earnings Conference | **Speaker(s)**: Gottstein, Lehmann, CS |

| | |
|---|---|
| **Statement asserted against** | Gottstein (if revived), Lehmann (currently in case), CS (currently in case) |
| **Alleged in AC?** | No. |
| **Ruling in MTD Order** | N/A. |
| **Paragraph in PAC** | ¶116 |
| **Why properly added now?** | Newly discovered evidence—*i.e.*, the PInC Report and FINMA Correspondence—supports falsity and scienter. *See Diabat* Brief, § III.B.2. |
| **Satisfies PSLRA?** | Falsity: Correspondence with FINMA from one week before called [redacted] (PAC ¶117).<br>Scienter: This correspondence was [redacted] (PAC ¶47); *see also* high level positions (PAC ¶¶239-40); core operations (PAC ¶¶241-43); corporate scienter (PAC ¶¶250-52).<br>Loss Causation: on March 19, 2023, the merger announcement constructively revealed CS's true financial condition (PAC ¶¶201-03).<br>Does safe harbor apply? No—statement of present condition. |
| **Relies on material obtained in discovery?** | The allegations regarding this statement refer to correspondence between FINMA and Credit Suisse obtained in discovery. PAC ¶117. However, falsity and scienter are also strongly supported by the public PInC Report. *See Diabat* Brief, § III.C. |
| **Is the statement timely?** | Yes (*see Diabat* Brief, Section § III.D.). |
| **Would amendment cause undue delay or prejudice?** | No (*see Diabat* Brief, Section § III.E.). |

<table>
<tr><td colspan="3">Proposed Statement #6: Credit Suisse AG (Bank parent company)'s Swiss CET1 ratio decreased from 11.8% as of 1Q22 to 11.4% as of the end of 2Q22, primarily driven by net losses and an adverse foreign exchange impact, despite capital distributions from its UK participations. Diabat PSAC ¶90</td></tr>
<tr><td>Date: July 27, 2022</td><td>Source: 2Q22 Earnings Release</td><td>Speaker(s): Gottstein, Mathers, CS</td></tr>
</table>

| | |
|---|---|
| **Statement asserted against** | Gottstein (if revived), Mathers (if revived), CS (currently in case) |
| **Alleged in AC?** | No |
| **Ruling in MTD Order** | N/A |
| **Paragraph in PAC** | ¶118 |
| **Why properly added now?** | Newly discovered evidence—*i.e.*, the PInC Report—supports falsity and scienter. *See Diabat* Brief, § III.B.3. |
| **Satisfies PSLRA?** | <u>Falsity</u>: PInC Report revealed CS reported CS AG's CET1 ratio in a misleading way (PAC ¶119).<br><u>Scienter</u>: high level positions (PAC ¶¶239-40); core operations (PAC ¶¶241-43); corporate scienter (PAC ¶¶250-52)..<br><u>Loss Causation</u>: on March 19, 2023, the merger announcement constructively revealed CS's true financial condition (PAC ¶¶201-03).<br><u>Does safe harbor apply?</u> No—statement of past condition. |
| **Relies on material obtained in discovery?** | No, relies on publicly available PInC Report. |
| **Is the statement timely?** | Yes (*see Diabat* Brief, Section § III.D.). |
| **Would amendment cause undue delay or prejudice?** | No (*see Diabat* Brief, Section § III.E.). |

<table>
<tr><td colspan="3">Proposed Statement #7: Parent CET1 ratio of 11.4% vs. 11.8% at 1Q22, driven by net losses and adverse FX impact, partially offset by USD 1.2bn capital distribution from CSSEL. Diabat PSAC ¶90</td></tr>
<tr><td>Date: July 27, 2022</td><td>Source: 2Q22 Media Release</td><td>Speaker(s): Gottstein, Mathers, CS</td></tr>
<tr><td>Statement asserted against</td><td colspan="2">Gottstein (if revived), Mathers (if revived), CS (currently in case)</td></tr>
<tr><td>Alleged in AC?</td><td colspan="2">No</td></tr>
<tr><td>Ruling in MTD Order</td><td colspan="2">N/A</td></tr>
<tr><td>Paragraph in PAC</td><td colspan="2">¶118</td></tr>
<tr><td>Why properly added now?</td><td colspan="2">Newly discovered evidence—i.e., the PInC Report—supports falsity and scienter. See Diabat Brief, § III.B.3.</td></tr>
<tr><td>Satisfies PSLRA?</td><td colspan="2">Falsity: PInC Report revealed CS reported CS AG's CET1 ratio in a misleading way (PAC ¶119).<br>Scienter: high level positions (PAC ¶¶239-40); core operations (PAC ¶¶241-43); corporate scienter (PAC ¶¶250-52)..<br>Loss Causation: on March 19, 2023, the merger announcement constructively revealed CS's true financial condition (PAC ¶¶201-03).<br>Does safe harbor apply? No—statement of past condition.</td></tr>
<tr><td>Relies on material obtained in discovery?</td><td colspan="2">No, relies on publicly available PInC Report.</td></tr>
<tr><td>Is the statement timely?</td><td colspan="2">Yes (see Diabat Brief, Section § III.D.).</td></tr>
<tr><td>Would amendment cause undue delay or prejudice?</td><td colspan="2">No (see Diabat Brief, Section § III.E.).</td></tr>
</table>

**Proposed Statement #8**:

Credit Suisse AG (Bank parent company)'s Swiss CET1 ratio decreased from 11.4% as of 2Q22 to 9.7% as of the end of 3Q22, primarily driven by estimated participation impairments as a result of the comprehensive strategic review announced on October 27, 2022, net losses and an adverse foreign exchange impact, partially offset by a capital repatriation from a UK participation.

[After capital raise] the Bank parent company's CET1 ratio is estimated to increase by approximately 130-140 basis points on a pro-forma basis to 11.0-11.1%. *Diabat* PSAC ¶109

| | | |
|---|---|---|
| **Date**: Nov. 2, 2022 | **Source**: 3Q22 Quarterly Report | **Speaker(s)**: Körner, Joshi, CS |

| | |
|---|---|
| **Statement asserted against** | Körner (currently in case), Joshi (currently in case), CS (currently in case) |
| **Alleged in AC?** | No |
| **Ruling in MTD Order** | N/A |
| **Paragraph in PAC** | ¶140 |
| **Why properly added now?** | Newly discovered evidence—*i.e.*, the PInC Report—supports falsity and scienter. *See Diabat* Brief, § III.B.3. |
| **Satisfies PSLRA?** | Falsity: PInC Report revealed CS reported CS AG's CET1 ratio in a misleading way (PAC ¶140).<br>Scienter: high level positions (PAC ¶¶239-40); core operations (PAC ¶¶241-43); corporate scienter (PAC ¶¶250-52)..<br>Loss Causation: on March 19, 2023, the merger announcement constructively revealed CS's true financial condition (PAC ¶¶201-03).<br>Does safe harbor apply? No—statement of past/present condition. |
| **Relies on material obtained in discovery?** | No, relies on publicly available PInC Report. |
| **Is the statement timely?** | Yes (*see Diabat* Brief, Section § III.D.). |
| **Would amendment cause undue delay or prejudice?** | No (*see Diabat* Brief, Section § III.E.). |

| | | |
|---|---|---|
| **Proposed Statement #9**: Our parent capital ratio was around 250 basis points higher compared to the end of September at 12.2%. *Diabat* PSAC ¶129 | | |
| **Date**: Feb. 9, 2023 | **Source**: FY22 Earnings Conference | **Speaker(s)**: Joshi, CS |

| | |
|---|---|
| **Statement asserted against** | Joshi (currently in case), CS (currently in case) |
| **Alleged in AC?** | No |
| **Ruling in MTD Order** | N/A |
| **Paragraph in PAC** | ¶163 |
| **Why properly added now?** | Newly discovered evidence—*i.e.*, the PInC Report—supports falsity and scienter. *See Diabat* Brief, § III.B.3. |
| **Satisfies PSLRA?** | Falsity: PInC Report revealed CS reported CS AG's CET1 ratio in a misleading way (PAC ¶163).<br>Scienter: high level positions (PAC ¶¶239-40); core operations (PAC ¶¶241-43); corporate scienter (PAC ¶¶250-52).<br>Loss Causation: on March 19, 2023, the merger announcement constructively revealed CS's true financial condition (PAC ¶¶201-03).<br>Does safe harbor apply? No—statement of past condition. |
| **Relies on material obtained in discovery?** | No, relies on publicly available PInC Report. |
| **Is the statement timely?** | Yes (*see Diabat* Brief, Section § III.D.). |
| **Would amendment cause undue delay or prejudice?** | No (*see Diabat* Brief, Section § III.E.). |

<table>
<tr><td colspan="3">Proposed Statement #10: The Bank parent company's Swiss CET1 ratio increased to 12.2% as of December 31, 2022 from 11.7% as of December 31, 2021, primarily reflecting significantly reduced RWA levels… partially offset by capital contributions from Credit Suisse Group AG relating to the capital increases executed in the fourth quarter of 2022. Diabat PSAC ¶135</td></tr>
<tr><td>Date: March 14, 2023</td><td>Source: 2022 Annual Report</td><td>Speaker(s): Körner, Joshi, CS</td></tr>
</table>

| | |
|---|---|
| **Statement asserted against** | Körner (currently in case), Joshi (currently in case), CS (currently in case) |
| **Alleged in AC?** | No |
| **Ruling in MTD Order** | N/A |
| **Paragraph in PAC** | ¶169 |
| **Why properly added now?** | Newly discovered evidence—*i.e.*, the PInC Report—supports falsity and scienter. *See Diabat* Brief, § III.B.3. |
| **Satisfies PSLRA?** | Falsity: PInC Report revealed CS reported CS AG's CET1 ratio in a misleading way (PAC ¶169).<br>Scienter: High level positions (PAC ¶211); core operations (PAC ¶212); corporate scienter (PAC ¶¶222-23).<br>Loss Causation: on March 19, 2023, the merger announcement constructively revealed CS's true financial condition (PAC ¶¶201-03).<br>Does safe harbor apply? No—statement of past condition. |
| **Relies on material obtained in discovery?** | No, relies on publicly available PInC Report. |
| **Is the statement timely?** | Yes (*see Diabat* Brief, Section § III.D.). |
| **Would amendment cause undue delay or prejudice?** | No (*see Diabat* Brief, Section § III.E.). |

<table>
<tr><td colspan="3">Proposed Statement #11: Credit Suisse is taking decisive action to pre-emptively strengthen its liquidity by intending to exercise its option to borrow from the Swiss National Bank (SNB) up to CHF 50 billion under a Covered Loan Facility as well as a short-term liquidity facility, which are fully collateralized by high quality assets. Credit Suisse also announces offers by Credit Suisse International to repurchase certain OpCo senior debt securities for cash of up to approximately CHF 3 billion.<br>* * *<br>CEO Ulrich Koerner said: “These measures demonstrate decisive action to strengthen Credit Suisse as we continue our strategic transformation to deliver value to our clients and other stakeholders. We thank the SNB and FINMA as we execute our strategic transformation. My team and I are resolved to move forward rapidly to deliver a simpler and more focused bank built around client needs.” Diabat PSAC ¶146</td></tr>
<tr><td>Date: March 16, 2023</td><td>Source: Media Release re SNB Aid</td><td>Speaker(s): Körner, CS</td></tr>
</table>

| | |
|---|---|
| **Statement asserted against** | Newly discovered evidence—*i.e.*, the PInC Report—supports falsity and scienter. *See* Brief, § III.B.4. |
| **Alleged in AC?** | No. |
| **Ruling in MTD Order** | N/A |
| **Paragraph in PAC** | ¶184 |
| **Why properly added now?** | Newly discovered evidence—*i.e.*, the PInC Report—supports falsity. |
| **Satisfies PSLRA?** | <u>Falsity</u>: PInC Report revealed that CS had not sufficiently prepared to take ELA, so no amount of cash would be sufficient to prevent its financial collapse (PAC ¶185).<br><u>Scienter</u>: Lehmann later admitted turnaround at this time would not be successful (PAC ¶185); *see also* high level positions (PAC ¶211); core operations (PAC ¶212); corporate scienter (PAC ¶¶222-23).<br><u>Loss Causation</u>: on March 19, 2023, the merger announcement constructively revealed CS's true financial condition (PAC ¶¶201-03).<br><u>Does safe harbor apply?</u> No—statement of present condition. |
| **Relies on material obtained in discovery?** | No, relies on publicly available report. |
| **Is the statement timely?** | Yes (*see Diabat* Brief, Section § III.D.). |
| **Would amendment cause undue delay or prejudice?** | No (*see Diabat* Brief, Section § III.E.). |