Case 1:23-cv-05874-CM-SLC Document 180 Filed 04/23/26 Page 1 of 6

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 10/1/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS | Case No. 1:23-cv-05874-CM |
| This matter relates to: | Case No. 1:23-cv-09827-CM |
| *Diabat*<br>*Core Capital*<br>*Palomino* | Case No. 1:25-cv-08264-CM |

**STIPULATION AND [~~PROPOSED~~] ORDER**
**CONCERNING PALOMINO MASTER LTD.'S AND**
**AZTECA PARTNERS LLC'S JOINDER TO CONFIDENTIALITY ORDER**

Palomino Master Ltd. ("Palomino"), Azteca Partners LLC ("Azteca"), Credit Suisse Group AG ("Credit Suisse"), Axel P. Lehmann, Ulrich Körner, Ali Diabat, Core Capital Partners, Ltd. ("Core Capital"), and Dixit Joshi hereby stipulate as follows:

WHEREAS, in Case No. 1:23-cv-05874-CM (the "*Diabat* Action"), Lead Plaintiff Ali Diabat and Defendants Credit Suisse, Lehmann, Körner, and Dixit Joshi entered into a Stipulated Protective Order concerning the confidentiality of documents that the Court entered on November 6, 2024 (*see Diabat* Action, ECF No. 124), and which is attached hereto as **Exhibit 1** (hereinafter, the "Confidentiality Order");

WHEREAS, after the filing of the Confidentiality Order, the Court issued an Order granting in part and denying in part the motion to dismiss the Complaint filed in Case No. 1:23-cv-09287-CM (the "*Core Capital* Action") by Defendants Credit Suisse, Lehmann, Körner, and Joshi and consolidating the *Core Capital* Action with the *Diabat* Action for all pre-trial matters (*see Core Capital* Action, ECF No. 34; *Diabat* Action, ECF No. 138), after which Core Capital, Diabat, Credit Suisse, Lehmann, Körner, and Joshi entered into a joint stipulation by which Core Capital became a party to the Confidentiality Order. *See Core Capital* Action,

ECF No. 43; *Diabat* Action, ECF No. 141;

WHEREAS, the Court recently issued an Order granting in part and denying in part the motion to dismiss the Complaint filed in Case No. 1:25-cv-08264-CM (the "*Palomino* Action") by Defendants Credit Suisse, Lehmann, and Körner and consolidating the *Palomino* Action with the *Diabat* Action for all pre-trial matters (*see Palomino* Action, ECF No. 43; *Diabat* Action, ECF No. 177); and

WHEREAS, in light of the Court's recent Order in the *Palomino* Action, Palomino and Azteca wish to become parties to, and be bound by, the Confidentiality Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED:

1. As of the date of this Stipulation and [Proposed] Order, Palomino and Azteca shall be treated as signatories to the Confidentiality Order and be bound by the terms thereof as if Palomino and Azteca were original signatories thereto.

2. In light of the above, Palomino and Azteca shall each be treated as a "Party" under the Confidentiality Order for all purposes, as that term is defined in that document.

3. References in the Confidentiality Order to "this action," "the Litigation," or similar terms or phrases shall hereafter be deemed to include the *Palomino* Action.

4. Other than as set forth above, the terms of the Confidentiality Order shall remain the same.

**CAHILL GORDON & REINDEL LLP**

By: */s/ Jason M. Hall*
Herbert S. Washer
Jason M. Hall
Edward N. Moss
Tammy L. Roy
Nicholas N. Matuschak
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
jhall@cahill.com
emoss@cahill.com
troy@cahill.com
nmatuschak@cahill.com

*Attorneys for Defendant Credit Suisse Group AG*

**ROLNICK KRAMER SECURITIES LITIGATION LLP**

By: */s/ Lawrence M. Rolnick*
Lawrence M. Rolnick
Marc B. Kramer
Michael J. Hampson
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10119
Tel.: (212) 597-2800
lrolnick@rksllp.com
mkramer@rksllp.com
mhampson@rksllp.com

*Attorneys for Plaintiffs Palomino Master Ltd. and Azteca Partners LLC*

**MILBANK LLP**

By: */s/ George S. Canellos*
George S. Canellos
55 Hudson Yards
New York, New York 10001
(212) 530-5000
gcanellos@milbank.com

Brenton T. Culpepper
1850 K. Street, NW, Suite 1100
Washington D.C. 20006

*Attorneys for Defendant Ulrich Körner*

**GOODWIN PROCTER LLP**

By: */s/ Richard M. Strassberg*
Richard M. Strassberg
Daniel Roeser
Jessica Vogele
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 813-8800
rstrassberg@goodwinlaw.com
droeser@goodwinlaw.com
jvogele@goodwinlaw.com

*Attorneys for Defendant Axel P. Lehmann*

**KAHN SWICK & FOTI, LLC**

/s/ *Craig Geraci*
Kim E. Miller (KM-6996)
J. Ryan Lopatka (admitted *pro hac vice)*
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com
Email: j.lopatka@ksfcounsel.com

-and-

Craig J. Geraci, Jr. (admitted *pro hac vice)*
Matthew P. Woodard (admitted *pro hac vice)*
1100 Poydras Street, Suite 960
New Orleans. LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: craig.geraci@ksfcounsel.com
Email: matthew.woodard@ksfcounsel.com

*Lead Plaintiff Counsel in the Diabat Action*

**POMERANTZ LLP**

/s/ *Brian Calandra*
Jeremy A. Lieberman
Brian Calandra
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
bcalandra@pomlaw.com

*Lead Plaintiff Counsel in the Core Capital Action*

**HECKER FINK LLP**

By: /s/ *Sean Hecker*
Sean Hecker
Kate L. Doniger
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
shecker@heckerfink.com
kdoniger@heckerfink.com

*Attorneys for Dixit Joshi*

SO ORDERED this 30 day of September, 2026.

COLLEEN MCMAHON
United States District Judge

Attestation Pursuant to Electronic Case Filing Rule 8.5

I, Lawrence M. Rolnick, attest that concurrence in the filing of this document has been obtained from all other signatories.

*/s/ Lawrence M. Rolnick*
Lawrence M. Rolnick