USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

x

In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS

This matter relates to:

*Core Capital*

x

23 Civ. 9287 (CM)

ORDER DISPOSING OF VARIOUS LETTER MOTIONS TO SEAL

McMahon, J,:

Presently before the Court are two letter motions to seal, requesting to file redacted versions of various documents. Those motions are found at Dkt. Nos. 64 and 71.

The motions are GRANTED only to the extent of allowing the parties to redact from the public record any material that has been produced by FINMA, the Swiss regulatory authority. Such material falls within Sections 2(e) and (f) of the Protective Order in this case, because the material may not be publicly disclosed at present consistent with Swiss law.

To the extent that any of those letter motions seek to file any other material under seal, they are DENIED.

The Clerk of Court is directed to remove the letter motions at Dkt. Nos. 64 and 71 from the Court's list of open motions.

Dated: November 16, 2026

U.S.D.J

BY ECF TO ALL COUNSEL